UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENESE SENE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No.  1:17-CV-03081-SMJ<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND TRANSFERRING CASE |

Before the Court, without oral argument, is the Government's Motion to Dismiss or Alternatively to Transfer Venue, ECF No. 8. The Government contends that Plaintiff has failed to plead sufficient facts to state a claim for medical malpractice liability under North Carolina law. Because this action arises under the Federal Tort Claims Act, the Plaintiff must show that the United States would be liable as a private individual under the law of the state where the alleged negligence occurred—in this case, North Carolina. 28 U.S.C. § 2674. Because Plaintiff could conceivably amend his complaint to satisfy the pleading requirements, the Court denies the Government's motion to dismiss Plaintiff's complaint.

ORDER - 1

In the alternative to dismissing the case, the Government asks this Court to transfer the case to the Eastern District of North Carolina. Plaintiff opposes the transfer. However, the Court finds that the interests of the parties and witnesses and the efficient administration of justice dictate that the proper venue for this matter is the United States District Court for the Eastern District of North Carolina.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Government's Motion to Motion to Dismiss or Alternatively to Transfer Venue, **ECF No. 8**, is **GRANTED IN PART AND DENIED IN PART**.

   *A.* The Government's motion to dismiss Plaintiff's claim is **DENIED**.

   *B.* The Government's motion to transfer venue to the United States District Court for the Eastern District of North Carolina is **GRANTED**.

**2.** This matter is **TRANSFERRED** to United States District Court for the Eastern District of North Carolina.

**3.** Defendant's Motion to Dismiss, ECF No. 5, is **DENIED WITHOUT PREJUDICE** to renewal in the transferee court.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, transfer this case to the United States District Court for the Eastern District of North Carolina and close this file.

**DATED** this 22nd day of September 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 3